UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JUSTIN VILORIA,   **CERTIFICATE OF SERVICE**

          Plaintiff,

          **24 cv 3456 (KPF)**

   v.

The CITY OF NEW YORK, et al.,

          Defendants.
-------------------------------------------------------------x

STATE OF NEW YORK:  COUNTY OF NEW YORK  ss:

I, Cyrus Joubin, declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the following is true and correct:

That on June 20, 2024, at One Police Plaza, Room 110, New York, NY 10038, I served the SUMMONS and COMPLAINT upon Jose Figueiredo.

By delivering a true copy of each to Community Aide Bono, who identified herself as an agent authorized to accept service on behalf of retired officer Jose Figueiredo.

Later on June 20, 2024, I deposited in the United States mail another true copy of the SUMMONS and COMPLAINT, which I properly enclosed and sealed in a post-paid wrapper addressed to the said place of business of the Defendant Figueiredo and mailed by First Class Mail, in an envelope marked "personal and confidential" and not indicating on the outside that the communication is from an attorney or concerns an action against the person to be served.


_____/s/_____
Cyrus Joubin
Attorney for Plaintiff Justin Viloria
43 West 43rd Street, Suite 119
New York, NY 10036
joubinlaw@gmail.com
703-851-2467